## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| DEBBIE ABBOTT, | } | CASE NO. 2:13-cv-1058 |
| Plaintiff, | } | JUDGE: Sargus |
| v. | } | **NOTICE OF SETTLEMENT** |
| ASSET ACCPETANCE, LLC, | } | |
| Defendant. | } | |

Plaintiff DEBBIE ABBOTT, by and through undersigned counsel, states that the parties have reached a mutual agreement to settle the above-captioned matter and that a Notice of Dismissal will be forthcoming.

Respectfully Submitted,

KAHN & ASSOCIATES, L.L.C.

/s/ J. Daniel Scharville
J. DANIEL SCHARVILLE (0071132)
6200 Rockside Woods Blvd – Suite 215
Independence, Ohio 44131
(216) 621-6101
(216) 621-6006 Facsimile
Attorney for Plaintiff