# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| DEBBIE ABBOTT, } | Civil Action 2:12-cv-1058 |
| } | |
| Plaintiff, } | JUDGE: SARGUS |
| } | |
| v. } | |
| } | |
| ASSET ACCEPTANCE, LLC, } | |
| } | |
| Defendant. } | |
| _____/ | |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Now comes Plaintiff, by and through undersigned counsel and hereby voluntary dismisses her case, with prejudice, pursuant to Rule 41(a)(1)(A)(i).

Respectfully Submitted,

KAHN & ASSOCIATES, L.L.C.

/s/ J. Daniel Scharville

_____
J. DANIEL SCHARVILLE (0071132)
6200 Rockside Woods Blvd – Suite 215
Independence, Ohio 44131
(216) 621-6101
(216) 621-6006 Facsimile
Attorney for Plaintiff